v.

Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2015–7029.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2015.

WATERS TECHNOLOGIES CORPORATION, Appellant

v.

AGILENT TECHNOLOGIES, INC., (As Successor–In–Interest To Aurora SFC Systems, Inc.), Appellee.

No. 2015–1281.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2015.

Deborah M. Vernon, McCarter & English, LLP, Boston, MA, argued for appellant. Also represented by Kia Lynn Freeman, Erik Paul Belt.

John M. Griem, Jr., Carter Ledyard & Milburn LLP, New York, N.Y., argued for appellee.

MOORE, O'MALLEY, and TARANTO, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**